IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM WADE,<br><br>                Defendant. | Case No. 4:19CR3108<br><br>ORDER |

Before the Court is the non-party Request for Transcript, filing 57, of the hearing held on May 22, 2020.

IT IS ORDERED:

1. The Request for Transcript, filing 57, is granted.

2. The Clerk's Office is directed to mail a copy of this order to Jean Abbott.

3. Court reporter Lisa Grimminger is directed to advise Jean Abbott of the cost of the transcript. Jean Abbott will be responsible for that transcript cost.

Dated: August 18, 2020

BY THE COURT:

s/ John M. Gerrard
Chief United States District Judge